IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION



| | | |
|---|---|---|
| GLEN RAY MAXEY, #530013 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv91 |
| DAVID STACKS, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the complaint should be dismissed as frivolous. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. It is specifically noted that the lawsuit concerns a challenge to a minor prison disciplinary case. He may not bring a civil rights lawsuit about the disciplinary case since he has not shown that he has been able to have the case reversed, expunged, declared invalid or called into question, such as in federal habeas corpus proceedings. *See Edwards v. Balisok*, 520 U.S. 641, 648 (1997). Moreover, even if he could bring the civil rights lawsuit at this time, the Plaintiff's lawsuit would be frivolous since the punishment that he received does not involve a protected liberty interest. *See Malchi v. Thaler*, 211 F.3d 953 (5th

Cir. 2000). Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the cause of action is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

SIGNED this  12  day of May, 2005.

THAD HEARTFIELD
UNITED STATES DISTRICT JUDGE